JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RYAN HARKER, | Case No. EDCV 13-0896-JGB (JEM) |
| Petitioner, | |
| v. | JUDGMENT |
| C. GIPSON, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 2, 2013

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE